UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------X
JAN KONOPCA,

                                                                                                 Civil No.: 3:16-cv-00746-AET-DEA

                          Plaintiff,

       -against-

M&M BEDDING, LLC d/b/a EASY
REST ADJUSTABLE SLEEP
SYSTEMS,

                          Defendant.
-----------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

Whereas no party has filed an Answer to the Complaint filed in this action, the Plaintiff hereby voluntarily dismisses this action against Defendants M&M BEDDING, LLC d/b/a EASY REST ADJUSTABLE SLEEP SYSTEMS, and discontinues his claims against the Defendants in the above-captioned matter, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated:      September 1, 2017        /s/ Yitzchak Zelman_____
                                                          Yitzchak Zelman, Esq. (YZ5857)
                                                          MARCUS & ZELMAN, P.C.
                                                          1500 Allaire Avenue, Suite 101
                                                         Ocean, New Jersey 07712
                                                         Phone:    (732) 695-3282
                                                         *Attorney for the Plaintiff*